PROB 12C
(6/16)

Report Date: March 23, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Lyle Gomez                Case Number: 0980 2:08CR02140-SAB-1

Address of Offender:                                White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 1, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. §§ 1153 and 2241(c) | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 26, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 25, 2025 |

### PETITIONING THE COURT

To issue a warrant.

Per COVID-19 procedures, Mr. Gomez' conditions of supervised release were verbally reviewed with him on August 26, 2020. He verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #27**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Gomez is alleged to have violated his conditions of supervised release by consuming alcohol on or before March 3, 2022.<br><br>During a routine home inspection on March 3, 2022, this officer observed several beer cans on the floor of Mr. Gomez' home. When asked about the source of the beer cans, Mr. Gomez admitted they were his and he had consumed alcohol during the week. |
| 2 | **Special Condition #26:** You shall abstain from the used of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances. |

Prob12C
**Re: Gomez, David Lyle**
**March 23, 2022**
**Page 2**

|   |   |
|---|---|
| | **Supporting Evidence**: Mr. Gomez is alleged to have violated his conditions of supervised release by consuming marijuana on or before March 3, 2022. |

During the March 3, 2022, routine home inspection, Mr. Gomez was given a urinalysis (UA). Mr. Gomez admitted to consuming tetrahydrocannabinol (THC). Mr. Gomez' UA was presumptive positive for THC. The test was packaged and sent to Alere Toxicology Service (Alere) for confirmation.

On March 23, 2022, this officer received the results from Alere, showing the urine sample collected on March 3, 2022, was confirmed positive for the presence of THC.

3   **Special Condition #17**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: Mr. Gomez is alleged to have violated his conditions of supervised release by being terminated from sex offender treatment on March 8, 2022.

On March 8, 2022, this officer received a telephone call from Ken Schafer of Ken Schafer and Associates, Incorporated. Mr. Schafer informed this officer that Mr. Gomez had missed another group sex offender treatment session on March 7, 2022. Mr. Schafer informed this officer he would be terminating Mr. Gomez from sex offender treatment on March 8, 2022, for repeated no-shows to treatment sessions.

4   **Special Condition #25**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Gomez is alleged to have violated his conditions of supervised release by failing to complete a substance abuse evaluation by March 11, 2022.

On March 3, 2022, during a routine home inspection, this officer directed Mr. Gomez to report to Merit Resource Services (Merit) by March 11, 2022, to receive a substance abuse evaluation. This officer made the recommendation to treatment to address Mr. Gomez' recent consumption of alcohol and THC. Mr. Gomez failed to complete the evaluation by March 11, 2022, as directed.

5   **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Gomez is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on March 21, 2022.

Prob12C
Re: Gomez, David Lyle
March 23, 2022
Page 3

On March 18, 2022, this officer contacted Mr. Gomez at his residence. This officer directed Mr. Gomez to report to the probation office on March 21, 2022, before noon. Mr. Gomez indicated he would report to the probation office on March 21, 2022, as directed.

On March 21, 2022, Mr. Gomez failed to report to the probation office. This officer attempted to contact Mr. Gomez by telephone but was unsuccessful.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/24/2022
Date