PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 25, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: David Lyle Gomez | Case Number: 0980 2:08CR02140-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ White Swan, Washington 98952 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 1, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. §§ 1153 and 2241(c) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(09/23/2022) | Prison - 61 days<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | October 5, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | August 25, 2025 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 23, 2023.

On September 8, 2021, and again on December 6, 2022, conditions of release were reviewed and signed by Mr. Gomez, acknowledging an understanding

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #6**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer. |
| | **Supporting Evidence**:  Mr. Gomez is alleged to have violated his conditions of supervised release by not residing at his approved residence since on or about May 20, 2023. |
| | On May 24, 2023, this officer attempted to contact Mr. Gomez at his listed residence for a routine home inspection. At the residence, this officer made contact with the house manager. The house manager informed this officer that Mr. Gomez had been evicted from the residence, and had retrieved his belongings 3 or 4 days prior.  The house manager informed |

Prob12C
**Re: Gomez, David Lyle**
May 25, 2023
Page 2

        this officer that Mr. Gomez had been evicted from the residence because he had not been consistently staying at the residence and had not been there in almost a month. Since the time Mr. Gomez had retrieved his belongings, the house manager stated he has not had further contact with Mr. Gomez.

        This officer attempted to contact Mr. Gomez by phone without success. Mr. Gomez failed to notify this officer of his change of address and his current whereabouts is unknown.

3      **Special Condition #4**: You shall participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

        <u>**Supporting Evidence**</u>: Mr. Gomez is alleged to have violated his conditions of supervised release by not participating and complying with his sex offender treatment program since on or about May 23, 2023.

        Mr. Gomez was referred to and began sex offender treatment with Ken Schafer and Associates in December 2022.

        On May 23, 2023, this officer spoke with Mr. Ken Schafer, via telephone, whereby Mr. Schafer informed this officer that Mr. Gomez failed to attend his scheduled appointment on May 22, 2023. Mr. Schafer informed this officer that he attempted to contact Mr. Gomez via telephone; however, it appeared the telephone was turned off. Mr. Schafer stated Mr. Gomez was in violation of his sex offender treatment conditions and will remain out of compliance until he makes contact and re-engages in treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   May 25, 2023

                          s/Kyle Mowatt

                          Kyle Mowatt
                          U.S. Probation Officer

Prob12C
Re: Gomez, David Lyle
May 25, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/25/2023
Date