PROB 12C
(6/16)

Report Date: May 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Lyle Gomez     Case Number: 0980 2:08CR02140-SAB-1

Address of Offender: ███████████████ White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 1, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. §§ 1153 and 2241(c) | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/23/2022) | Prison - 61 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 5, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: August 25, 2025 |

## PETITIONING THE COURT

To issue a summons.

On September 8, 2021, and again on December 6, 2022, conditions of release were reviewed and signed by Mr. Gomez, acknowledging an understanding

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 9**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.<br><br>**Supporting Evidence**: Mr. Gomez is alleged to have violated his conditions of supervised release by having contact with a child under the age of 18, on or about May 18, 2023.<br><br>During a routine home inspection on May 18, 2023, at Mr. Gomez' girlfriend's residence, this officer observed a minor child in the presence of Mr. Gomez. The minor child is the child of Mr. Gomez' girlfriend. After observing the minor child in Mr. Gomez' presence, this |

Prob12C
Re: Gomez, David Lyle
May 22, 2023
Page 2

officer asked Mr. Gomez to gather his belongings and meet him outside of the apartment. This officer informed Mr. Gomez that he should be well aware of the condition which prohibits him from being in the presence of minors, and Mr. Gomez agreed with this officer. This officer inquired if Mr. Gomez' girlfriend was aware of the condition, and Mr. Gomez replied she was aware. In the past, this officer had also explained to Mr. Gomez' girlfriend of Mr. Gomez' conditions, including the special condition which prohibits him from being in the presence of minors. This officer directed Mr. Gomez to take his belongings and leave the residence. Mr. Gomez agreed. This officer also directed Mr. Gomez to contact his sex offender counselor, Ken Schafer, to report this contact with a minor. Mr. Gomez indicated he would do that.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/23/2023

Date