PROB 12C
(6/16)

Report Date: September 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Lyle Gomez                     Case Number: 0980 2:08CR02140-SAB-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 1, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. §§ 1153 and 2241(c) | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/23/2022) | Prison - 61 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 5, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 23, and May 25, 2023.

On September 8, 2021, and again on December 6, 2022, conditions of release were reviewed and signed by Mr. Gomez, acknowledging an understanding

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1:** The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Gomez is considered to be in violation of his supervised release conditions by failing to register as a sex offender between on or about May 26, and July 14, 2023, per indictment, docket number 1:23CR02049-SAB-1, filed on September 12, 2023.<br><br>Per the indictment filed on September 12, 2023, between on or about May 26, 2023, and July 14, 2023, in the Eastern District of Washington, Mr. Gomez, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of |

Prob12C
Re: Gomez, David Lyle
September 19, 2023
Page 2

having been convicted in the United States District Court for the Eastern District of Washington, docket number 2:08CR02140-SAB-1, of Crime on Indian Reservation, Aggravated Sexual Abuse, in violation of 18 U.S.C. §§ 1153 and 2243(c), did knowingly fail to update a registration as required under the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/19/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/19/2023
Date